
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN RIDER,<br><br>            Plaintiff,<br><br>v.<br><br>JOHN SAULS, et al.,<br><br>            Defendant. | CIVIL ACTION<br>NO. 17-3754 |

FILED
JAN 25 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

### ORDER

**AND NOW**, this 25th day of January 2018, upon consideration of the attached letter from counsel for Plaintiff informing the Court that the parties have settled this matter, it is **ORDERED** as follows:

1. The above-captioned case is **DISMISSED WITH PREJUDICE** pursuant to Local Rule 41.1(b).

2. The Clerk of Court shall docket the attached letter.

3. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

*Joel H. Slomsky*
JOEL H. SLOMSKY, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN RIDER | | |
| v. | FILED JAN 25 2018 KATE BARKMAN, Clerk Dep. Clerk By_____ | CIVIL ACTION NO.   2:17 cv-03754 |
| JOHN SAULS | | |

## PROPOSED ORDER TO SETTLE, DISCONTINUE AND END

TO THE PROTHONOTARY:

Kindly mark the above-captioned matter Settled, Discontinued and Ended.

SPIVACK & SPIVACK, LLC

*[signature]*

VALERIE A. PEDICONE, ESQUIRE
*Attorney for Plaintiff, John Rider*